IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:23CR188-2 |
| | : | |
| ALDER ALFONSO MARIN SOTELO | : | |

FACTUAL BASIS

NOW COMES the United States of America, by and through Randall S. Galyon, Acting United States Attorney for the Middle District of North Carolina, and as a factual basis under Rule 11, Fed. R. Crim. P., states the following:

On August 16, 2022, a criminal complaint was applied for and granted in the Middle District of North Carolina charging that Alder Alfonso Marin Sotelo (hereinafter Marin) did knowingly and intentionally possess a firearm while illegally or unlawfully residing in the United States, in violation of 18 U.S.C., sections 922(g)(5)(A) and 924(a)(2). On August 29, 2022, Marin was indicted in the Middle District of North Carolina for violations of Title 18, U.S.C., sections 922(g)(5)(A) and 924(a)(2). On December 9, 2022, Marin pled guilty in the Middle District of North Carolina to the Indictment; possession of a firearm by an unlawful alien. 22CR261, (Minute Entry December 9, 2022). Marin's sentencing was set for June 22, 2023, in Winston-Salem, North

Carolina. While awaiting sentencing, Marin was being held in custody at the Piedmont Regional Jail, located in Farmville, Virginia, at the direction of the Attorney General.

## Marin's Escape from Confinement

On April 30, 2023, at approximately 1:40 a.m., Marin can be seen on video surveillance cameras climbing over the fence of the Piedmont Regional Jail and escaping. At approximately 5:40 a.m., Marin is again captured on video surveillance leaving a parking lot directly adjacent to the jail's parking lot in a red Mustang. On May 1, 2023, Piedmont Regional Jail confirmed that Marin was no longer present at the facility and the facility had not released him.

## Sotelo's Involvement with Marin's Escape from Confinement

Based on the circumstances, agents began monitoring previous phone calls made by Marin and other suspected co-conspirators from the Piedmont Regional Jail a few days prior to Marin's escape.

On April 28, 2023, at approximately 12:10 p.m., Geovanni Torres-Santana, an inmate at Piedmont Regional Jail, called his sister, Woman-1. During the call, Torres-Santana arranged for his sister to meet pick up a red Mustang in High Point. During a follow-up phone call between the same two parties at approximately 4:56 p.m., Torres-Santana gave Adrian Marin Sotelo's

2

(Marin's sister, hereinafter Sotelo) phone number to Woman-1 and instructed her to contact Sotelo to arrange a spot to pick up a car and to have that car in place by midnight.

On April 29, 2023, at approximately 6:04 p.m., Marin contacted his sister, Sotelo, by phone and instructed her to get the car to Woman-1 and make a payment of $2,500 to her for dropping off the car near the parking lot of the Piedmont Regional jail. At the time of the phone call, Woman-1 was with Sotelo to complete the vehicle exchange. In a follow up interview with Woman-1, she said she was in need of money and her brother had instructed her this car was for an inmate who was going to be released after serving his time. Woman-1 stated that she met Sotelo at Palacios Automotive in High Point and got the red Mustang from Sotelo. Sotelo had just purchased the vehicle for $3,000 and brought a paper license plate to place on the vehicle.

When Woman-1 picked up the car from Sotelo, she asked Sotelo if there was anything illegal in the car. Sotelo promised that there was nothing illegal in the car and explained the car was just for someone to use to get to work. Sotelo then gave her $2,500 to bring the car to Virginia. While she was still with Sotelo, Woman-1 saw Sotelo put cash underneath the front passenger seat. This fact was corroborated in a separate interview with the seller of the car, an employee of Palacios, who explained she saw Sotelo put something

3

underneath the front seat.

On April 29, 2023, at approximately 10:46 p.m., Woman-1 can be seen on a video call with Torres-Santana to show that she was leaving the red Mustang in the parking lot next to the jail.

On April 30, 2023, at approximately 5:40 a.m., Marin is again captured on video surveillance, this time leaving the parking lot adjacent to the jail in a red Mustang—the same car **Sotelo** purchased the day before and gave to Woman-1 to drive to Virginia.

On April 30, 2023, at approximately 11:10 a.m., Torres-Santana called Woman-1 and they talked about how they were not able to get in contact with Sotelo to get the additional $2,500 payment for dropping off the vehicle at Piedmont Regional jail that was used by Marin during his escape.

On May 1, 2023, Torres-Santana was interviewed by investigators and stated that Sotelo purchased the red mustang and gave it to Woman-1 to drive up to Piedmont Regional Jail and leave in the parking lot for Marin's escape. Torres-Santana said his sister did not know what the car was being used for and Torres-Santana said he directed her to do it so she could make some money.

Investigators interviewed another sister of Marin and Sotelo, Woman-2. Woman-2 told investigators that Sotelo had called her and told her their

brother escaped. When Sister-2 said she was going to call the police, Sotelo told her not to and instead said she would contact her brother's defense attorney. Investigators later learned Sotelo's call to her sister occurred before the jail knew that Marin was missing from his cell. Marin was later arrested in Mexico.

This, the 30th day of June, 2025.

    Respectfully submitted,

    RANDALL S. GALYON
    Acting United States Attorney


    /S/ NICOLE R. DUPRÉ
    Assistant United States Attorney
    NCSB #41214
    United States Attorney's Office
    Middle District of North Carolina
    251 N. Main Street, Suite 726
    Winston-Salem, NC 27101
    Phone: 336-333-5351

5

Case 1:23-cr-00188-UA   Document 61   Filed 06/30/25   Page 5 of 6

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 30, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    Helen L. Parsonage, Esq.

        /S/ NICOLE R. DUPRÉ
        Assistant United States Attorney
        NCSB #41214
        United States Attorney's Office
        Middle District of North Carolina
        251 N. Main Street, Suite 726
        Winston-Salem, NC 27101
        Phone: 336-333-5351